**Don V. STINSON, Petitioner-Appellant,**

v.

**STATE OF ALABAMA,
Respondent-Appellee.**

No. 76–2363.

United States Court of Appeals,
Fifth Circuit.

Oct. 23, 1978.

Opinion After Reconsideration
Dec. 7, 1978.

See 585 F.2d 748.

Don V. Stinson, pro se.

William J. Baxley, Atty. Gen., Montgomery, Ala., Barry V. Hutner, Asst. Atty. Gen., Birmingham, Ala., for respondent-appellee.

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.*

PER CURIAM:

This case is remanded to the panel for consideration in light of *Galtieri v. Wainwright*, 582 F.2d 348 (5th Cir. 1978), decided today by the court en banc.

THORNBERRY, Circuit Judge, specially concurring:

I agree that this case should be remanded to the panel for consideration of the merits of petitioner's claims. *See* my dissenting opinion in *Galtieri v. Wainwright*, 582 F.2d at 366.

GOLDBERG, Circuit Judge, dissenting:

For the reasons stated in my dissent in *Galtieri v. Wainwright* and *Matera v. Wainwright*, No. 75–4169 and 76–1006, 582 F.2d 366–367, decided today, I dissent.